IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**STEPHEN DOUGLAS GARNER,**<br>Defendant | NO. 3: 08-CR-29 (CAR)<br><br>**VIOLATION:** Bank Robbery |

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a DETENTION HEARING was this day held in the above-captioned case at the Initial Appearance of defendant Stephen Douglas Garner. Based upon the evidence proffered by counsel for the government, and noting that defendant Garner does not contest pretrial detention, I conclude that the following facts require his detention pending disposition of this case:

### PART I - FINDINGS OF FACT

☐ (1) There is PROBABLE CAUSE to believe that the defendant has committed an offense

    ☐ for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act.

    ☐ under 18 U.S.C. §924(c).

☐ (2) The defendant has not rebutted the presumption established by finding (1) that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

#### ALTERNATIVE FINDINGS

☒ (1) There is a serious risk that the defendant will not appear.

☒ (2) There is a serious risk that the defendant will endanger the safety of another person or the community.

### PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the evidence proffered at the DETENTION hearing and the information contained in the Pretrial Services Report dated December 11, 2008, clearly and convincingly establish that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the appearance of this defendant and the safety of the community were defendant Garner to be released from custody at this time. Defendant Garner has ties to the Northern District of Georgia; he has a record of arrests and convictions for serious felony offenses going back to 1981. The criminal charge herein against this defendant is a serious federal offense for which long-term incarceration can be anticipated in the event of a conviction or plea of guilty. His estimated sentencing guideline range is 210 months to 240 months in prison if convicted. The weight of evidence against defendant Garner is strong: he clearly identified as the robber of the BB&T Bank in Athens, Georgia which is the subject of the indictment herein.

Defendant Garner has a prior felony conviction record which includes: **2ND DEGREE ARSON**, 1991, Superior Court of Walton County, Georgia; **ARMED ROBBERY**, 1993, Superior Court of Rockdale County, Georgia; **PURCHASE/POSSESSION OF COCAINE**, 2003, Superior Court of Newton County; and, **ESCAPE**, 2007, Superior Court of Richmond County, Georgia. In addition, defendant Garner has a history of parole violations. At the time of the offense alleged in the indictment herein, defendant Garner was on probation supervision on his 2003 Newton County conviction.

Considering these matters and the contents of the Pretrial Services Report prepared by the U. S. Probation Office, the undersigned finds that pretrial detention of this defendant is required. IT IS SO ORDERED.

### PART III - DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 15th day of DECEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE